Tamisha lewis - Junge
Name
3748 Aldren Circle
Mailing address
Anchorage , Ak
City, State, Zip
none right now
Telephone

RECEIVED

APR 17 2026

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Tamisha lewis-Junge ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Ian Wheels ,
Boney & Nessbett Courthouse
U.S Air Force ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. _____
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

_____

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Tamisha lewis-Junge
(print your name)

who presently resides at 3748 Aldren Circle Anchorage, Ak
(mailing address)

were violated by the actions of the individual(s) named below.

2.  <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1,___Ian    Wheels_____ is a citizen of
                                          (name)
_Alaska___, and is employed as a___Anchorage   Judge_____.
   (state)                              (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___X___The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, Boncy and Nesbett Courthouse is a citizen of
                                          (name)
_Alaska___, and is employed as a___Courthouse_____.
   (state)                              (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___X___The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3,___U. S    Air   Force_____ is a citizen of
                                          (name)
_Alaska___, and is employed as a___Government   Officers_____.
   (state)                              (defendant's government position/title)

___X___This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
___X___The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).


**C.  Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary.  Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Case 3:26-cv-00166-RRB    Document 1    Filed 04/17/26    Page 2 of 7

<u>Claim 1</u>: On or about ___Apr 15, 8026___, my civil right to
(Date)

___Freedom from Cruel and Unusal Punishment___
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by ___Ian Wheels___
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

I was delivered some paperwork To my twin sisters housing. They claim I'm not following rules with a OCS case. Someone one broke into my apartment in 2023 right after I had my daughter. He damaged the place and left trash all over I did call JBER police and the Alaska state Troopers. They kept my daughter from me for someone(s) in camouflage to harassing me for money (Ransom) in order to get my daughter back also sexual harassment. The courthouse I wrote out what happened with their complaint form). They kept a team around me with hypnosis, Deepfake audio and cameras. I have embedd contact lens in my body. They push out dates for my daughter at the courthouse so They can remain begging for a wedding and ransom.

Claim 2: On or about _Apr 15, 2025_, my civil right to
(Date)

_Freedom from Cruel and Unusal Punishments_

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _Boney and Nesbett Courthouse_

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

They keep pushing back dates for my daughter so a pervert with technology can harass me.

They haven't followed any rules or regulations for this case.

Claim 3: On or about _Apr 15, 2026_ , my civil right to
(Date)

_Freedom from cruel and unusal ptonishments_
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _U.S Air Force_
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

This team they sent me is extreamly unprofessional they beg for me to smoke and they keep crimands with me that are on some type of drug (cocaine, mushroom, exessive acbootbol)

They act like there at work by using technology make it is Bullshit they use the technology to scream and annoy, (Deepfate audio) embedd contact len's they shine images that are perverell and to send help signals atther they just do something illegeal. Cameras they tell me what to do in the house to set up delusional things I would never do. Hypnisis he tries to erase my memory then relize that he canint do flit because I walked down to the base.

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** __X__ Yes _____ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s): Tamisha lewis - Junge

Defendant(s): Boney Courthouse Nesbett Courthouse

Name and location of court: Nesbett Courthouse

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: __✓__ Dismissed _____ Appealed _____ Still pending

Issues Raised: Dismissed Evidence

b. Lawsuit 2:

Plaintiff(s): Tamisha lewis - Junge

Defendant(s): I an Wheels

Name and location of court: Nesbett Courthouse

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: __✓__ Dismissed _____ Appealed _____ Still pending

Issues Raised: Dismissed Evidence

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 1,000,000

Case 3:26-cv-00166-RRB     Document 1     Filed 04/17/26     Page 6 of 7

2. Punitive damages in the amount of $ 1,000,000

3. An order requiring defendant(s) to To give back daughter, leave me alone

4. A declaration that _____

5. Other: _____

Plaintiff demands a trial by jury. __X__ Yes _____ No

# DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at _Anchorage, Ak_ on _Apr 18, 2026_
  (Location)                           (Date)

_____
(Plaintiff's Original Signature)

_____        _____
Original Signature of Attorney (if any)         (Date)

_____

_____

_____
Attorney's Address and Telephone Number